UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES EARL EVANS, SR., <br><br> Plaintiff, <br><br> -against- <br><br> CASE MANAGER LYNDSAY SANTA; <br> CASE WORKER BROOK LIVINGSTON, <br><br> Defendants. | 23-CV-2511 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the April 26, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 26, 2023
         New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge